GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com
Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendant, FORD MOTOR COMPANY

QUILL & ARROW, LLP
10900 Wilshire Blvd., Ste 300
Los Angeles, CA 90024
Telephone: (310)933-4271
Facsimile: (310)889-0645
Electronic Service: e-service@quillarrowlaw.com
Attorney: Kevin Y. Jacobson, Esq., SBN: 320532

Attorneys for Plaintiff, CHRISTOPHER ARNET

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ARNET, an individual, <br><br> Plaintiff, <br> vs. <br><br> FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 100, inclusive <br><br> Defendant. | Case No: 2:22−cv−01798 FWS (AFM) <br> Dist Judge: Fred W. Slaughter <br> Mag Judge: Alexander F. MacKinnon <br> Courtroom: 10D <br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Virginia Torres, and Defendant, FORD MOTOR COMPANY, by and through their respective counsel of record, hereby submit this Joint Stipulation to Dismiss with Prejudice as follows:

1. WHEREAS the parties agree that the matters in dispute between Plaintiff and Defendant have been resolved.

///

1

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by and through their attorneys of record, that the above entitled matter be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in accordance with the terms of the parties' written settlement agreement.

Dated: June 6, 2023            QUILL & ARROW, LLP

By:  */s/ Kevin Y. Jacobson* _____
Kevin Y. Jacobson
Attorneys for Plaintiff,
CHRISTOPHER ARNET

Dated: June 6, 2023            GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP

By:  */s/ Matthew M. Proudfoot*_____
Matthew M. Proudfoot
Attorneys for Defendant,
FORD MOTOR COMPANY

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Matthew M. Proudfoot, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation to Dismiss this Case with Prejudice per FRCP Rule 41(a)(1)(A)(ii).

By:*/s/ Matthew M. Proudfoot*_____

Matthew M. Proudfoot

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

*/s/Heidi Dufour*

Heidi Dufour